UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TADEO PABLO,

              Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

              Respondent.

CASE NO. 2:26-cv-01197-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Order at Dkt. # 4 states that Respondents have until May 20, 2026 to file a return to Petitioner's Writ of Habeas Corpus.  But based on the Court's later order directing Petitioner to show cause, Dkt. # 5, the Court amends the briefing schedule and DIRECTS as follows:

        (a)     Respondents need not file a return by May 20, 2026.

        (b)     If Petitioner files an amended habeas petition or other response naming a proper respondent, any return to the amended petition must be filed within 14 days thereafter, and Petitioner may file a reply no later than 14 days after Respondents file their return.

MINUTE ORDER - 1

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 20th day of May 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2